1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| R.R., by and through his guardian ad litem, JASMINE ROESING,<br><br>            Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: 1:12-cv-00865 - JLT

ORDER DISREGARDING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS

(Doc. 4)

ORDER DIRECTING PLAINTIFF'S GUARDIAN AD LITEM, JASMINE ROESING, TO FILE A MOTION TO PROCEED INFORMA PAUPERIS

R.R., by and through his guardian ad litem Jasmine Roesing ("Plaintiff"), seeks to proceed *in forma pauperis* and *pro se* with an action seeking judicial review of a determination of the Social Security Administration. Pending before the Court is the complaint (Doc. 1) and application to proceed *in forma pauperis* (Doc. 4) filed by Plaintiff on May 24, 2012.

The Court may authorize the commencement of an action without prepayment of fees "but a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The minor plaintiff has submitted an application to proceed *in forma pauperis*, attesting his inability to pay the requisite filing fee. However, Ms. Roesing, Plaintiff's guardian ad litem, has not submitted any evidence regarding her ability to pay the filing fee. Notably, "under 28 U.S.C. § 1915 where leave to proceed *[i]n forma pauperis* is sought to vindicate the alleged substantive rights of a minor, the

1

financial resources of both the minor and the volunteer parent, next friend, or guardian ad litem should be considered in determining ability to pay the costs of litigation." *Williams v. Spencer*, 455 F.Supp. 205, 209 (D. Md. 1978).  Because Ms. Roesing has not provided any financial information, the Court is unable to determine whether the requirements of 28 U.S.C. § 1915(a) are satisfied.

Accordingly, **IT IS HEREBY ORDERED**:

1.       Plaintiff's motion to proceed in forma pauperis (Doc. 4) is **DISREGARDED**; and

2.       Ms. Roesing is **DIRECTED** to file a motion to proceed *in forma pauperis* within fourteen days of the date of service of this order, or in the alternative, to pay the filing fee.

IT IS SO ORDERED.

Dated:   __**May 29, 2012**__                  _____**/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE

2