UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.R., by and through his guardian ad litem, JASMINE ROESING,<br><br>                    Plaintiff,<br><br>    v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No.: 1:12-cv-00865 - JLT<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION PURSUANT TO THE PARTIES' RULE 41(a) STIPULATION OF DISMISSAL |

Plaintiff R.R., by and through his guardian ad litem Jasmine Roesing, and Defendant Carolyn Colvin, Acting Commissioner of Social Security, filed a stipulation to dismiss the action with prejudice on April 17, 2013.  (Doc. 21).

Under the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A).  Once such a notice has been filed, an order of the Court is not required to effectuate the dismissal.  Fed. R. Civ. Pro. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

In this case, both parties have signed the stipulation, which "automatically terminate[d] the action," without Court order.  *Wilson*, 111 F.3d at 692.

1

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**;
2. Each party shall bear its own fees, costs, and expenses; and
3. The Clerk of Court is **DIRECTED** to close this action in light of the stipulation of dismissal filed and properly signed by the parties pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **April 18, 2013**                    **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE